UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JULIE ANNE STAMPS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:21-cv-00746 |
| | ) | |
| v. | ) | District Judge Trauger |
| | ) | |
| THE LAMPO GROUP, INC., | ) | Jury Demand |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S UNOPPOSED MOTION TO CORRECT PARTY NAME

Defendant, The Lampo Group, LLC, by and through the undersigned counsel, moves the Court for leave to correct its name.

In this case, Defendant has been misidentified as "The Lampo Group, Inc." On or about December 31, 2015, Defendant converted from a corporation to a limited liability company. So, Defendant's correct name is "The Lampo Group, LLC."

Plaintiff does not oppose this motion. Defendant has submitted a proposed order for the Court's review and consideration.

Respectfully submitted,

/s/Daniel Crowell
Leslie Sanders (TN #18973)
Daniel Crowell (TN #31485)
WEBB SANDERS PLLC
611 Commerce Street
Suite 3102
Nashville, TN 37203
Telephone: (615) 915-3300
Fax: (866) 277-5494
lsanders@webbsanderslaw.com
dcrowell@webbsanderslaw.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I certify that, on October 5, 2021, I filed *Defendant's Unopposed Motion to Correct Party Name* via the Court's electronic filing system, which will automatically notify and send a copy of that filing to:

Heather Moore Collins
Anne Bennett Hunter
Ashley Shoemaker Walter
Collins & Hunter PLLC

*Attorneys for Plaintiff*

/s/Daniel Crowell
Daniel Crowell (TN #31485)
*Attorney for Defendant*