UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JULIE ANNE STAMPS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:21-cv-00746 |
| | ) | |
| v. | ) | District Judge Trauger |
| | ) | |
| THE LAMPO GROUP, LLC, | ) | Jury Demand |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is a motion filed by Defendant, The Lampo Group, LLC, for leave to correct its name as used in this case. After reviewing Defendant's motion and given no opposition from Plaintiff, Defendant's motion is GRANTED. The caption and Court's records related to this case will be updated to reflect Defendant's name as "The Lampo Group, LLC."

It is so **ORDERED.**

ALETA A. TRAUGER
U.S. District Judge