UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

==Motion GRANTED.==

*[Signature]*

| | | |
|---|---|---|
| JULIE ANNE STAMPS, | ) | |
| Plaintiff, | ) ) ) | Case No. 3:21-cv-00746 |
| v. | ) ) | District Judge Trauger |
| THE LAMPO GROUP, INC., | ) ) | Jury Demand |
| Defendant. | ) ) | |

### DEFENDANT'S UNOPPOSED MOTION TO CORRECT PARTY NAME

Defendant, The Lampo Group, LLC, by and through the undersigned counsel, moves the Court for leave to correct its name.

In this case, Defendant has been misidentified as "The Lampo Group, Inc." On or about December 31, 2015, Defendant converted from a corporation to a limited liability company. So, Defendant's correct name is "The Lampo Group, LLC."

Plaintiff does not oppose this motion. Defendant has submitted a proposed order for the Court's review and consideration.

        Respectfully submitted,

        /s/Daniel Crowell
        Leslie Sanders (TN #18973)
        Daniel Crowell (TN #31485)
        WEBB SANDERS PLLC
        611 Commerce Street
        Suite 3102
        Nashville, TN 37203
        Telephone: (615) 915-3300
        Fax: (866) 277-5494
        lsanders@webbsanderslaw.com
        dcrowell@webbsanderslaw.com

        *Attorneys for Defendant*