# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JULIE ANNE STAMPS, | ) |
| Plaintiff, | ) Case No. 3:21-cv-00746 |
| v. | ) District Judge Trauger |
| THE LAMPO GROUP, LLC, | ) Jury Demand |
| Defendant. | ) |

## DEFENDANT'S BUSINESS ENTITY DISCLOSURE STATEMENT

Defendant, The Lampo Group, LLC, by and through the undersigned counsel and pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02, makes the following disclosures:

☐ This party is an individual, who resides in _____.

☐ This party is a publicly held corporation or other publicly held entity, incorporated in ____, and with a principal place of business in _____.

☐ This party is a privately held corporation, incorporated in _, and with a principal place of business in _.

☐ This party has parent corporations.

☐ Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

☒ This party is a limited liability company or limited liability partnership. ***See Exhibit A.***

☐ This party is an unincorporated association or entity.

☐ This party is a trust.

☐ Another publicly held corporation or another publicly held entity has a direct

financial interest in the outcome of the litigation.

Respectfully submitted,

/s/Daniel Crowell
Leslie Sanders (TN #18973)
Daniel Crowell (TN #31485)
WEBB SANDERS PLLC
611 Commerce Street
Suite 3102
Nashville, TN 37203
Telephone: (615) 915-3300
Fax: (866) 277-5494
lsanders@webbsanderslaw.com
dcrowell@webbsanderslaw.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that, on October 11, 2021, I filed *Defendant's Business Entity Disclosure Statement* via the Court's electronic filing system, which will automatically notify and send a copy of that filing to:

Heather Moore Collins
Anne Bennett Hunter
Ashley Shoemaker Walter
Collins & Hunter PLLC

*Attorneys for Plaintiff*

/s/Daniel Crowell
Daniel Crowell (TN #31485)
*Attorney for Defendant*

2