## EXHIBIT A

The current members of Defendant, The Lampo Group, LLC, are two Tennessee trusts: the Lampo Trust and the David L. Ramsey, III 2015 Children's Trust. Sharon R. Ramsey, a Tennessee citizen, is the trustee of both trusts.