## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| JULIE ANNE STAMPS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 3:21-cv-00746 |
| | ) Judge Trauger |
| THE LAMPO GROUP, LLC *also known as* | ) |
| *Ramsey Solutions*, | ) |
| | ) |
| Defendant | ) |

## ORDER

It is hereby ORDERED that the initial case management conference scheduled for December 6, 2021at 2:00 p.m. and will be held in Judge Trauger's courtroom. Lead counsel for each party shall participate in the conference. All participants will be masked and socially distanced during the conference

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge