IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSE
NASHVILLE DIVISION

JULIE ANNE STAMPS,

                Plaintiff,              Case No. 3:21-cv-00746

v.                                   Judge Trauger

THE LAMPO GROUP, INC. a/k/a
RAMSEY SOLUTIONS

                Defendant.

_____/

## <u>**NOTICE OF APPEARANCE**</u>

        COMES NOW, Caroline M. Drinnon, of Collins & Hunter PLLC, and enters an appearance as Counsel for Plaintiff, Julie Anne Stamps.

                             Respectfully submitted,

                             <u>s/ *Caroline Drinnon*</u>

                             Heather Moore Collins BPR # 026099
                             Anne Bennett Hunter BPR # 022407
                             Ashley S. Walter BPR #037651
                             Caroline M. Drinnon, BPR #037016
                             Collins & Hunter PLLC 7000
                             Executive Center Drive
                             Building Two, Suite 320
                             Brentwood, TN 37027
                             615-724-1996
                             615-691-7019 FAX
                             heather@collinshunter.com
                             anne@collinshunter.com
                             ashley@collinshunter.com
                             caroline@collinshunter.com
                             *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the foregoing has been filed via the court's electronic filing system this 15th day of December 2021, and served via electronic mail to:

Leslie Sanders (TN #18973)
Daniel Crowell (TN #31485)
WEBB SANDERS PLLC
611 Commerce Street
Suite 3102
Nashville, TN 37203
Telephone: (615) 915-3300
Fax: (866) 277-5494
lsanders@webbsanderslaw.com
dcrowell@webbsanderslaw.com

*Attorneys for Defendant*

*s/ Caroline Drinnon*
Caroline Drinnon