# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JULIE ANNE STAMPS, | ) |
| Plaintiff, | ) Case No. 3:21-cv-00746 |
| v. | ) District Judge Trauger |
| THE LAMPO GROUP, LLC, | ) Jury Demand |
| Defendant. | ) |

## NOTICE OF CHANGE OF ADDRESS

Leslie Goff Sanders and Daniel Crowell, counsel for Defendant, The Lampo Group, LLC, ("Defendant"), notify the Court and counsel of their new law firm, address and email address, effective immediately. All communications to Defendant's counsel should now be directed to the following:

Leslie Goff Sanders
Daniel Crowell
**JACKSON LEWIS, P.C.**
CitySpace
611 Commerce Street
Suite 3102
Nashville, TN 37203
Telephone: (615) 915-3300
Fax: (866) 277-5494
leslie.sanders@jacksonlewis.com
daniel.crowell@jacksonlewis.com

Respectfully submitted,

/s/ Leslie Goff Sanders
Leslie Goff Sanders (TN #18973)
Daniel Crowell (TN #31485)
**JACKSON LEWIS, P.C.**
CitySpace
611 Commerce Street
Suite 3102
Nashville, TN 37203
Telephone: (615) 915-3300
Fax: (866) 277-5494
leslie.sanders@jacksonlewis.com
daniel.crowell@jacksonlewis.com

*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I certify that, on January 19, 2022, I filed *Notice of Change of Address* via the Court's electronic filing system, which will automatically notify and send a copy of that filing to:

Heather Moore Collins
Anne Bennett Hunter
Ashley Shoemaker Walter
Collins & Hunter PLLC

*Attorneys for Plaintiff*

/s/ Leslie Sanders
Leslie Sanders (TN #18973)
*Attorney for Defendant*