*signature*
Charles M. Walker
U.S. Bankruptcy Judge
Dated: 1/6/2022

EXHIBIT 4



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: } | Case No. 3:21-bk-02597 |
| JULIE ANNE STAMPS } | |
| 2620 NEW SALEM HIGHWAY, APT R306 } | Chapter 13 |
| Murfreesboro, TN 37128 } | |
| SSN: xxx-xx-2454 } | Judge Charles M Walker |
| } | |
| Debtor(s) } | |

## ORDER GRANTING CONTINUANCE OF HEARING AND PERMITTING TRUSTEE TO DISBURSE FILING FEE

This matter was set to come before the Court on January 5, 2022 upon the Trustee's Motion to Dismiss Case for Failure to Confirm Plan, Objection to Confirmation and the Debtor's Motion to Employ a Professional. Good cause having been shown, it is here by ORDERED that hearing on all matters shall be continued to January 26, 2022 at 8:30 AM in Courtroom One, Second Floor, Customs House, 701 Broadway, Nashville, TN 37203. It is further ORDERED that the Trustee shall be permitted to disburse payment in the amount of $313.00 to the United States Bankruptcy Court for the filing fee of the petition from the balance on hand in the case.

IT IS SO ORDERED.

*This order was electronically signed and entered as indicated at the top of the first page.*

APPROVED FOR ENTRY:
___/s/ Daniel Castagna_____
Daniel Castagna, BPR #022721
1900 Church St, Suite 400
Nashville, TN 37203
(615) 255-2893; fax: (615) 242-8849
cm-ecf@jamesflexerconsumerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2022 I furnished a true and correct copy of the foregoing to the following parties in interest:

| | |
|---|---|
| Henry E. Hildebrand, III<br>Chapter 13 Trustee<br>P.O. Box 340019<br>Nashville, TN 37203 | Electronic |
| U.S. Trustee<br>318 Customs House, 701 Broadway<br>Nashville, TN 37203 | Electronic |
| Julie Stamps<br>2620 New Salem Hwy<br>APT R306<br>Murfreesboro, TN 37128 | U. S. Mail First Class |

3 notices have been served.

I have mailed 1 notice.

*/s/ Daniel Castagna*
Daniel Castagna

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.