UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JULIE ANNE STAMPS, | ) |
| Plaintiff, | ) Case No. 3:21-cv-00746 |
| v. | ) District Judge Trauger |
| THE LAMPO GROUP, LLC, | ) Jury Demand |
| Defendant. | ) |

**DEFENDANT'S MOTION TO EXTEND DEADLINES**

Defendant, The Lampo Group, LLC, by and through the undersigned counsel, moves the Court to extend the Initial Disclosures deadline and the deadline for Defendant's responses to Plaintiff's First Set of Interrogatories and Request for Production of Documents until April 29, 2022. In support of this motion, Defendant states the following:

1. Plaintiff, Julie Anne Stamps, has a Chapter 13 bankruptcy case pending in the U.S. Bankruptcy Court for the Middle District of Tennessee. This case is one of Plaintiff's prepetition assets and, therefore, belongs to her bankruptcy estate.

2. Under Plaintiff's confirmed Chapter 13 plan, this case remains part of her bankruptcy estate. The Chapter 13 Trustee has been specifically authorized to pursue or try this case and, with bankruptcy court approval, settle it.

3. Defendant and the Chapter 13 Trustee have reached a settlement of this case. On February 25, 2022, the Chapter 13 Trustee moved the Bankruptcy Court to approve that settlement. A copy of the motion is attached as Exhibit 1.

4. Plaintiff previously moved the Bankruptcy Court to allow her to employ her attorneys-of-record in this case. However, the Bankruptcy Court only granted

Plaintiff's motion with respect to services performed by those attorneys prior to the confirmation of Plaintiff's Chapter 13 plan on January 31, 2022. Therefore, since January 31, 2022, neither Plaintiff nor her attorneys-of-record have authority to act in this case. A copy of the Order is attached as Exhibit 2.

5. Defendant previously requested a 30-day extension to respond to Plaintiff's First Set of Interrogatories and Requests for Production of Documents (Doc. #18). The Court granted Defendant's motion for an extension (Doc. #19) making the Defendant's responses to discovery due today, February 28, 2022.

6. From the time Defendant filed its first motion for extension until February 28, 2022, the bankruptcy court resolved the pending motion to hire Collins & Hunter and a settlement was submitted to the bankruptcy court.

7. Today, February 28, 2022, is also the deadline for the parties to exchange Rule 26(a)(1) initial disclosures.

8. Given that Plaintiff is no longer the real party-in-interest in this case, her attorneys-of-record are no longer authorized to act in this case, and the settlement reached between Defendant and the Chapter 13 Trustee pending approval of the Bankruptcy Court, Defendant believes that it would be appropriate to extend the Initial Disclosures deadline and Defendant's deadline to respond to Plaintiff's First Set of Interrogatories and Requests for Production of Documents for a period of sixty (60) days.

9. The only deadline set by the Court that this motion will directly impact is the parties' February 28, 2022 deadline to exchange Rule 26(a)(1) initial disclosures. All other deadlines in the Initial Case Management Order (Doc. #14) are after April 29, 2022. However, if this case has not been dismissed by April 29, 2022, Defendant

acknowledges that adjustments may be needed for the deadline to amend pleadings (May 6, 2022) and expert disclosure deadlines (July 3, 2022 for Plaintiff and August 15, 2022 for Defendant).

10. By April 29, 2022, if this case has not already been dismissed, Defendant will file a notice apprising the Court of the status of the settlement and related bankruptcy proceedings.

11. Defendant conferred with the Chapter Thirteen Bankruptcy Trustee before filing this Motion and the Trustee has no opposition.

For these reasons, Defendant moves the Court to extend the Initial Disclosures deadline and Defendant's deadline to respond to Plaintiff's First Set of Interrogatories and Requests for Production of Documents until April 29, 2022.

Respectfully submitted,

/s/Leslie Sanders
Leslie Sanders (TN #18973)
Daniel Crowell (TN #31485)
**JACKSON LEWIS P.C.**
CitySpace
611 Commerce Street
Suite 3102
Nashville, TN 37203
Telephone: (615) 915-3300
leslie.sanders@jacksonlewis.com
daniel.crowell@jacksonlewis.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that, on February 28, 2022, I filed *Defendant's Motion to Extend Deadlines* via the Court's electronic filing system, which will automatically notify and send a copy of that filing to:

Heather Moore Collins
Anne Bennett Hunter
Ashley Shoemaker Walter
Caroline Drinnon
Collins & Hunter PLLC

*Attorneys for Plaintiff*

I further certify that, on February 28, 2022, I caused a copy of *Defendant's Motion to Stay* by e-mail to:

James M. Davis
jamesd@ch13bna.com

*Attorney for Chapter 13 Trustee*

/s/Leslie Sanders
Leslie Sanders (TN #18973)
*Attorney for Defendant*