UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

> Motion GRANTED for extensions as requested.
>
> /s/ Aleta A. Trauger

| | |
|---|---|
| JULIE ANNE STAMPS, | ) |
| Plaintiff, | ) Case No. 3:21-cv-00746 |
| v. | ) District Judge Trauger |
| THE LAMPO GROUP, LLC, | ) Jury Demand |
| Defendant. | ) |

## DEFENDANT'S MOTION TO EXTEND DEADLINES

Defendant, The Lampo Group, LLC, by and through the undersigned counsel, moves the Court to extend the Initial Disclosures deadline and the deadline for Defendant's responses to Plaintiff's First Set of Interrogatories and Request for Production of Documents until April 29, 2022. In support of this motion, Defendant states the following:

1. Plaintiff, Julie Anne Stamps, has a Chapter 13 bankruptcy case pending in the U.S. Bankruptcy Court for the Middle District of Tennessee. This case is one of Plaintiff's prepetition assets and, therefore, belongs to her bankruptcy estate.

2. Under Plaintiff's confirmed Chapter 13 plan, this case remains part of her bankruptcy estate. The Chapter 13 Trustee has been specifically authorized to pursue or try this case and, with bankruptcy court approval, settle it.

3. Defendant and the Chapter 13 Trustee have reached a settlement of this case. On February 25, 2022, the Chapter 13 Trustee moved the Bankruptcy Court to approve that settlement. A copy of the motion is attached as Exhibit 1.

4. Plaintiff previously moved the Bankruptcy Court to allow her to employ her attorneys-of-record in this case. However, the Bankruptcy Court only granted