UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

*Motion GRANTED for extensions as requested.*

| | |
|---|---|
| JULIE ANNE STAMPS, | ) |
| Plaintiff, | ) Case No. 3:21-cv-00746 |
| v. | ) District Judge Trauger |
| THE LAMPO GROUP, LLC, | ) Jury Demand |
| Defendant. | ) |

## DEFENDANT'S MOTION TO EXTEND DEADLINES

Defendant, The Lampo Group, LLC, by and through the undersigned counsel, moves the Court to extend the Initial Disclosure deadline and the deadline for Defendant to respond to Plaintiff's First Set of Interrogatories and Request for Production of Documents to May 31, 2022.

1. As Defendant advised the Court on February 28, 2022 (Doc. #20), Defendant and the Chapter 13 Trustee assigned to Plaintiff's bankruptcy case, *In Re: Julie Anne Stamps*, Case No. 3:21-bk-02597, have tentatively resolved this case.

2. On February 25, 2022, the Chapter 13 Trustee moved the Bankruptcy Court to approve the parties' settlement. A copy of this motion is attached as Exhibit 1.

3. Responses to the Chapter 13 Trustee's motion were due by March 30, 2022. *See* Exhibit 1. From a review of the docket, none were filed.

4. Although no responses were filed, the Bankruptcy Court set the Chapter 13 Trustee's motion for hearing on May 4, 2022. A copy of this notice of hearing is attached as Exhibit 2.

5. Today, April 29, 2022, is the parties' deadline to exchange Initial Disclosures and