IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JULIE M. STAMPS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:21-cv-00746 |
| | ) | |
| v. | ) | District Judge Trauger |
| | ) | |
| THE LAMPO GROUP, LLC, | ) | Jury Demand |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I certify that, on May 5, 2022, I filed the attached *Notice of Appearance* in this case via the Court's electronic filing system (docketed at entry number 24), which automatically notified and sent a copy of the filing to:

Heather Moore Collins
Ashley Shoemaker Walter
Caroline Drinnon
HMC Civil Rights Law, PLLC

Anne Hunter
Hunter Law Firm

*Attorneys for Julie M. Stamps*

Leslie Sanders
Daniel Crowell
JACKSON LEWIS P.C.

*Attorneys for Defendant*

Respectfully submitted,

/s/ James M. Davis
James M. Davis
Counsel to the Chapter 13 Trustee
P. O. Box 340019
Nashville, TN 37203-0019
615-244-1101; Fax 615-242-3241
www.ch13nsh.com
jamesd@ch13bna.com