IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JULIE ANNE STAMPS,

        Plaintiff,                             Case No. 3:21-c-00746

                                           Judge Trauger

THE LAMPO GROUP, LLC,

        Defendant.

---

**CONFORMED CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Joint Notice of Withdrawal (Doc. 28)

has been furnished via the Court's electronic filing system on May 23, 2022 to the following:

Leslie Sanders (TN #18973)
Daniel Crowell (TN #31485)
WEBB SANDERS PLLC
611 Commerce Street
Suite 3102
Nashville, TN 37203
Telephone: (615) 915-3300
Fax: (866) 277-5494
lsanders@webbsanderslaw.com
dcrowell@webbsanderslaw.com
*Attorney for Defendant*

Heather Moore Collins (# 026099)
Caroline Drinnon (#037016)
Ashley Shoemaker Walter (#037651)
HMC Civil Rights Law, PLLC
7000 Executive Center Dr., Suite 320
Brentwood, TN 37027
615-724-1996
615-691-7019 FAX
heather@hmccivilrights.com
caroline@hmccivilrights.com
ashley@hmccivilrights.com

1

*Attorneys for Plaintiff*

James M. Davis
Counsel to the Chapter 13 Trustee
P. O. Box 340019
Nashville, TN 37203-0019
615-244-1101; Fax 615-242-3241
www.ch13nsh.com
jamesd@ch13bna.com

*/s Anne Bennett Hunter*
Anne Bennett Hunter