UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HENRY E. HILDEBRAND, III, <br> CHAPTER 13 TRUSTEE, | ) <br> ) |
| Plaintiff, | ) Case No. 3:21-cv-00746 |
| v. | ) District Judge Trauger |
| THE LAMPO GROUP, LLC, | ) Jury Demand |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

The parties, by and through the undersigned counsel, notify the Court that they have resolved this case. On May 17, 2022, the U.S. Bankruptcy Court for the Middle District of Tennessee approved the parties' settlement. The parties will move as expeditiously as possible to file a joint stipulation of dismissal of this case.

Respectfully submitted,

/s/Leslie Sanders
Leslie Sanders (TN #18973)
Daniel Crowell (TN #31485)
JACKSON LEWIS P.C.
611 Commerce Street, Suite 3102
Nashville, TN 37203
Telephone: (615) 915-3300
leslie.sanders@jacksonlewis.com
daniel.crowell@jacksonlewis.com

*Attorneys for Defendant*

/s/James M. Davis  
James M. Davis  
Counsel to Chapter 13 Trustee  
P.O. Box 340019  
Nashville, TN 37203  
Telephone: (615) 244-1101  
jamesd@ch13bna.com  

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that, on May 31, 2022, I filed this *Notice of Settlement* via the Court's electronic filing system, which will automatically notify and send a copy of that filing to:

James M. Davis  
Counsel to Chapter 13 Trustee  
jamesd@ch13bna.com  

*Attorney for Plaintiff*

/s/Daniel Crowell  
Daniel Crowell (TN #31485)  
*Attorney for Defendant*

4869-1939-0755, v. 1