IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| HENRY E. HILDEBRAND III, | ) | |
|---|---|---|
| *Chapter 13 Trustee*, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:21-cv-00746 |
| | ) | Judge Trauger |
| THE LAMPO GROUP, LLC *also known as* | ) | |
| *Ramsey Solutions*, | ) | |
| | ) | |
| Defendant | ) | |

## ORDER

The court has been notified that this case has settled. It is hereby **ORDERED** that a stipulation of dismissal or other settlement document shall be filed within thirty (30) days of the entry of this Order.

The jury trial scheduled for August 8, 2023 and the pretrial conference scheduled for August 4, 2023 are hereby **CANCELLED**.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge