**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| HENRY E. HILDEBRAND, III, | ) | |
| CHAPTER 13 TRUSTEE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:21-cv-00746 |
| | ) | |
| v. | ) | District Judge Trauger |
| | ) | |
| THE LAMPO GROUP, LLC, | ) | Jury Demand |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL

The parties, by and through the undersigned counsel and pursuant to Rule 41 of the

Federal Rules of Civil Procedure, jointly stipulate to dismissal of this case with prejudice. Each

party will bear their own attorney's fees and costs.

Respectfully submitted,

/s/Leslie Sanders
Leslie Sanders (TN #18973)
Daniel Crowell (TN #31485)
JACKSON LEWIS P.C.
611 Commerce Street
Suite 3102
Nashville, TN 37203
Telephone: (615) 915-3300
leslie.sanders@jacksonlewis.com
daniel.crowell@jacksonlewis.com

*Attorneys for Defendant*

/s/James M. Davis

James M. Davis (TN #029510)
Counsel to Chapter 13 Trustee
P.O. Box 340019
Nashville, TN 37203
Telephone: (615) 244-1101
jamesd@ch13bna.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that, on June 16, 2022, I filed this *Joint Stipulation of Dismissal* via the Court's

electronic filing system, which will automatically notify and send a copy of that filing to:

Leslie Sanders
Daniel Crowell
*Attorneys for Defendant*

/s/ James M. Davis

James M. Davis (TN #025910)
*Attorney for Plaintiff*

2