UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HENRY E. HILDEBRAND, III, <br> CHAPTER 13 TRUSTEE, <br><br> Plaintiff, <br><br> v. <br><br> THE LAMPO GROUP, LLC, <br><br> Defendant. | Case No. 3:21-cv-00746 <br><br> District Judge Trauger <br><br> Jury Demand |

## ORDER

The parties have filed a Joint Stipulation of Dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure. Therefore, the Court ORDERS the following:

1. This case is DISMISSED WITH PREJUDICE; and

2. Each party will bear their own attorney's fees and costs.

It is so ORDERED.

_____
ALETA A. TRAUGER
U.S. District Judge

APPROVED FOR ENTRY:

| | |
|---|---|
| /s/ Leslie Sanders (by JMD with permission) | /s/James M. Davis |
| Leslie Sanders (TN #18973) | James M. Davis (TN #025910) |
| Daniel Crowell (TN #31485) | Counsel to Chapter 13 Trustee |
| JACKSON LEWIS P.C. | P.O. Box 340019 |
| 611 Commerce Street | Nashville, TN 37203 |
| Suite 3102 | Telephone: (615) 244-1101 |
| Nashville, TN 37203 | jamesd@ch13bna.com |
| Telephone: (615) 915-3300 | |
| leslie.sanders@jacksonlewis.com | *Attorney for Plaintiff* |
| daniel.crowell@jacksonlewis.com | |

*Attorneys for Defendant*