UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HENRY E. HILDEBRAND, III,<br>CHAPTER 13 TRUSTEE,<br><br>    Plaintiff,<br><br>v.<br><br>THE LAMPO GROUP, LLC,<br><br>    Defendant. | Case No. 3:21-cv-00746<br><br>District Judge Trauger<br><br>Jury Demand |

## ORDER

The parties have filed a Joint Stipulation of Dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure. Therefore, the Court ORDERS the following:

1. This case is DISMISSED WITH PREJUDICE; and

2. Each party will bear their own attorney's fees and costs.

It is so ORDERED.

_____
ALETA A. TRAUGER
U.S. District Judge